JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MEDINA,<br><br>    Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation,<br><br>    Defendants. | CASE NO : 2:24-cv-03227-JFW-Ex<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>*The Honorable John F. Walter*<br>*United States District Judge* |

## ORDER

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 27, 2025

                _____
                JOHN F. WALTER, U.S. District Judge